UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 13-CR-00025-PB |
| | ) | |
| JAMES JOYCE | ) | |
| | ) | |

## NOTICE OF APPEAL

Defendant James Joyce respectfully appeals the denial of his Motion to Reduce Sentence, upon which judgment was entered on June 12, 2015, to the First Circuit Court of Appeals.

                                                        Respectfully submitted,
                                                        James Joyce
                                                        By His Attorney,

Date: June 15, 2015                             /s/ Jonathan R. Saxe
                                                        Jonathan R. Saxe
                                                        N.H. Bar No. 8226
                                                        Assistant Federal Defender
                                                        Federal Defender Office
                                                        22 Bridge Street
                                                        Concord, NH 03301
                                                       Tel. (603) 226-7360
                                                       E-mail: jonathan_saxe@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served to all counsel of record on June 15, 2015and in the manner specified herein: by ECF.

1

/s/ Jonathan R. Saxe
Jonathan R. Saxe
N.H. Bar No. 8226
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: jonathan_saxe@fd.org