UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.  D.C.# Criminal No. 13-cr-25-01-PB                                          C.C.A.#

2.  TITLE OF CASE:  USA v. James Joyce

3.  NAME OF COUNSEL FOR APPELLANT(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

4.  NAME OF COUNSEL FOR APPELLEE(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

5.  NAME OF JUDGE: Paul Barbadoro, United States District Judge

6.  COURT REPORTER(S) & DATES:
    Sandra Bailey, Motion Hearing, June 12, 2015
    Sandra Bailey, In Chambers Conference, June 12, 2015

    TRANSCRIPTS ORDERED / ON FILE          NO

7.  HEARING / TRIAL EXHIBITS              N/A

8.  COURT-APPOINTED COUNSEL               YES

9.  FEE PAID                              NO

10. IN FORMA PAUPERIS                     NO

11. MOTIONS PENDING                       NO

12. GUIDELINES CASE                       YES

13. RELATED CASES ON APPEAL               NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS: