# United States Court of Appeals
## For the First Circuit

No. 15-1728

UNITED STATES

Appellee

v.

JAMES JOYCE

Defendant - Appellant

**MANDATE**

Entered: March 23, 2016

    In accordance with the judgment of December 11, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Seth R. Aframe
Jennifer C. Davis
James Joyce
Jonathan R. Saxe